[No. 76730-5-I. Division One. July 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ISRAEL TORIBIO-LAUREANO, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00155-6, Nelson E. Hunt, J., entered June 28, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Mann, J.

[No. 76731-3-I. Division One. July 24, 2017.]

THE STATE OF WASHINGTON, *Appellant*, v. S.W., *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-8-00161-2, Nelson E. Hunt, J., entered December 22, 2015. *Dismissed* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Mann, J.

[No. 76734-8-I. Division One. July 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ALLEN AHLQUIST II, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01075-3, David E. Gregerson, J., entered February 23, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Leach, JJ.

[No. 76735-6-I. Division One. July 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-02161-5, Kathryn J. Nelson, J., entered January 29, 2016. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Leach, JJ.